**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

No. 03-7879

—————————

RODNEY VICTOR HARRIS,

Plaintiff - Appellant,

versus

SHERIFF OF GILES COUNTY; SHERIFF'S DEPT.
PERSONNEL; SHERIFF'S DEPUTIES OF GILES COUNTY,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, Senior District
Judge. (CA-03-547-7)

—————————

Submitted: April 23, 2004              Decided: May 11, 2004

—————————

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Rodney Victor Harris, Appellant Pro Se. Jim Harold Guynn, Jr.,
GUYNN, MEMMER & DILLON, P.C., Roanoke, Virginia, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rodney Victor Harris seeks to appeal the district court's order granting a motion to dismiss as to several of the claims in his 42 U.S.C. § 1983 (2000) complaint but denying the motion as to other claims. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order Harris seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Harris's motion for a continuance, and we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

- 2 -